UNITED STATES of America,
Plaintiff–Appellee,

v.

Albert BAKIAJ, Defendant–Appellant.

No. 07–11250

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 31, 2008.

Ryan Thomas Truskoski, Orlando, FL, for Plaintiff–Appellee.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/ Middle Dist. of FL, Tampa, FL, for Defendant–Appellant.

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

Ryan Truskoski, appointed counsel for Albert Bakiaj in this appeal of Bakiaj's sentencing resulting from a resentencing hearing we ordered in Bakiaj's first appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bakiaj's sentences are **AFFIRMED.**